

FILED
CLERK, U.S. DISTRICT COURT

OCT ≡ 6 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____K M_____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT CALIFORNIA

MELANIE WILLIAMS
Defendant/Movant

vs

UNITED STATES OF AMERICA
Plaintiff/Respondent

CASE: CR18-131-GW

## PRO SE MOTION TO REDUCE SENTENCE
### UNDER 18 USC 3582 (C)(2)
### and USSC AMENDMENT 821

NOW comes, MELANIE WILLIAMS Defendant, PRO SE, respectfully requesting this court to apply a sentence reduction under 18 USC 3582 (C)(2) based on the retroactive USSC AMENDMENT 821 effective November 1, 2023. The following apply(ies):

✓ USSG 4A1.1 STATUS POINTS because the current offense was committed while under "any criminal justice" sentence such as imprisonment, probation, or supervised release.

_____ USSG 4C1.1 ZERO CRIMINAL HISTORY concerning 2 level reduction to the offense level for certain offenders with zero (0) criminal history points.

Defendant believes the marked amendment applies and requests the court appoint an attorney to represent the Defendant's interest in this motion only.

Respectively submitted this 22 day of September 2025

Signature MELANIE DENAY WILLIAMS
Print Name MELANIE DENAY WILLIAMS
Address FSL DANBURY Federal Correction
33½ Pembroke RD. DANBURY, CT 06811

for the CENTRAL District of CALIFORNIA

United States of America,
      Plaintiff

v. MELANIE D. WILLIAMS

Defendant's Motion for Reduction of Sentence pursuant to 18 U.S.C. 3582(c)(2) and Amendment 821 to the Federal Sentencing Guidelines:

Based on U.S.S.G. 4C1.1 Adjustment for Zero Point Offenders (for those assessed zero criminal history points at sentencing)

Based on U.S.S.G. 4A1.1(d) & (e) Criminal History Category (for those who received "status" points for being under a criminal justice sentence at the time of the offense)

Instructions - Read Carefully

1. The court has received your request regarding a sentence reduction under Amendment 821 to the Sentencing Guidelines (effective November 1, 2023). You must complete this form motion and return it to the appropriate divisional office listed in instructions below to enable the court to consider your request. This form should only be used when requesting a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines and for no other purpose. Amendment 821 provides for reduction in offence level for certain offenders with zero criminal history points (U.S.S.G. 4C1.1) and reduces or eliminates status points for certain offender who previously received status points pursuant to U.S.S.G. 4A1.1(d).

2. This motion must be legibly handwritten or typewritten. All questions must be briefly answered in the proper space on the form.

Page 1 of 5

3. Completed motions must be mailed to the Clerk of the United States District Court for the **Central District** at the appropriate divisional office below:

**EDWARD R. Roybal Federal Building**
**UNITED STATES COURTHOUSE**
**255 EAST TEMPLE STREET**
**Los Angeles, CA 90012 - 3332**

4. Questionnaires that do not follow these instructions will be returned, and the mistake will be identified.

Questionnaire

1. Name and location of court that entered the sentence that you are asking to reduce:

   **EDWARD R. Roybal Federal Building**
   **UNITED STATES COURTHOUSE**
   **255 EAST TEMPLE STREET**
   **LOS ANGELES, CA 90012 - 3332**

2. Date(s) of sentence and judgement of conviction:

   **1/31/2019**
   **180 MONTHS / 10 YEARS SUPERVISION**

3. Are you currently in prison for this sentence?

   __✓__ Yes _____ No

4. If so, when is your projected date of release?

   **11/08/2031**

5. Are you currently on supervised release?   _____ Yes __✓__ No

6. Are you currently in prison because you violated your supervised release for the conviction and sentence identified in response to Questions No. 1 and 2?

   _____ Yes __✓__ No

7. Is your case currently on appeal? _____Yes \_\_✓\_\_\_No

8. Offense(s) for which you were convicted (all counts):

OFF/CHG: 18:1591 (A)(1), (A)(2), (B)(1)

sex trafficking by force, Fraud, or coercion

9. In calculating the applicable sentencing guideline range, were you assessed any criminal history points (U.S.S.G. 4A1.1)?

\_\_✓\_\_\_Yes _____No _____Note Sure

9a. If the answer to Question 9 is "No," check the box for all statements that apply to your conviction and sentence:

✓ I received criminal history points from Chapter Four, Part A;
\_\_ I received an adjustment under 3A1.4 (Terrorism);
\_\_ I used violence or credible threats of violence in connection with the offense;
\_\_ the offense resulted in death or serious boldly injury;
\_\_ I personally caused substantial financial hardship;
\_\_ I possessed, received, purchased, transported, transferred, sold, or otherwise disposed of a firearm of other dangerous weapon (or induced another participant to do so) in connection with the offense;
✓ the instant offense of conviction is covered by 2H1.1 (Offenses Involving Individual Rights);
✓ I received an adjustment under 3A1.1 (Hate Crime Motivation or Vulnerable Victim) or 3A1.5 (Serious Human Rights Offense);
✓ I received an adjustment under 3B1.1 (Aggravating Role) or was engaged in a continuing criminal enterprise, as defined in 21 U.S.C. 848; or
\_\_ none of the statements above applies to my case.

10. If the answer to Question 9 is "Yes," were you assessed criminal history points for being "under any criminal justice sentence, including probation, parole, supervised release, imprisonment, work release, or escape status" at the time of the offense (a.k.a. "status points") (U.S.S.G. 4A1.1(d))?

_____✓_____ Yes _____ No _____ Not Sure

11. If the answer to Question 10 is "Yes," how many criminal history points were assessed in total, including the "status points"?

_____10_____ Criminal History Points

12. If you were sentenced on or after April 5, 2023, did the Court provide the benefit of the "status pints" or "zero-point offenders" amended guidelines at your sentencing hearing prior to the effective date?

_____ Yes ___✓___ No _____ Not Sure

13. List any good conduct that occurred after your original sentencing hearing or any other initigating circumstances that you would like the Court to be aware of in deciding whether you should receive a sentence reduction (for example, participating in a drug treatment program, or completing you GED or another degree).

Currently participating In GED
Currently participating In the FIT program.

For the reasons stated in the motion, I move the court for a reduction in sentence under 18 U.S.C. 3582(c)(2) and Amendment 821 to the Federal Sentencing Guidelines. I declare under penalty of perjury that the facts stated in this motion are true and correct.

Respectfully submitted this __SEPTEMBER__, 20 25

__Melanie Williams__
Signature of Defendant

__MELANIE WILLIAMS__
Printed Name

__66144-112__
BOP No.

__FSL DANBURY Federal Correction__
Federal Correctional Institution (if applicable)

__33 1/2 Pembroke Rd.__
Address

__DANBURY, CT 06811__
City, State & Zip Code

MELANIE WILLIAMS #66144-112
FEDERAL CORRECTIONAL INSTITUTION DANBURY
33 1/2 PEMBROKE ROAD
DANBURY, CT 06811



RECEIVED
CLERK, U.S. DISTRICT COURT

OCT - 6 2025

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

Clerk of Court
EDWARD R. Roybal Federal Building
AND UNITED STATES COURTHOUSE
255 EAST TEMPLE STREET
LOS ANGELES, CA 90012

90012-157860

